IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW SHAUN MARTIN,                    No   C 09-1986 VRW

      Plaintiff,                         ORDER

      v

JIM NORD, BRUCE D KETRON, RAYMOND A GUADAGNI, FRANCISCA P TISHER,

      Defendants.
                                    /

      Plaintiff filed a petition in the Napa County superior court to remove Jim Nord as the trustee of the Stephen Arthur Williams Living Trust on March 17, 2009.  Doc #1, Exh B.  On May 6, 2009, plaintiff filed notice of removal in this court, arguing that he had authority to remove the case to federal court under 28 USC § 1446(b).  Doc #1 at 1.

      Later on May 6, the court ordered the plaintiff to show cause within five days why the action should not be remanded to state court, noting that section 1446 provides for removal only by a "defendant or defendants," and does not permit removal by a plaintiff.  Doc #6 at 1-2.

Plaintiff did not respond to the court's order to show cause. Accordingly, this action is **REMANDED** to the Superior Court of the State of California, for the County of Napa. The clerk is **DIRECTED** to terminate all motions and close the file.

**IT IS SO ORDERED.**

VAUGHN R WALKER
United States District Chief Judge